UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBORAH LAUFER,**<br>**Plaintiff**<br><br>v.<br><br>**R B PROPERTIES INC,**<br>**Defendant.** | Case No. 1:20-cv-2208 |

**MOTION BY:** Plaintiff

**RELIEF REQUESTED:** An Order striking Defendant's Reply

**BASIS FOR RELIEF REQUESTED:** Federal Rule of Civil Procedure 12(f)2.

**SUPPORTING PAPERS:** Memorandum of Law in Support of Motion to Strike

**DATE AND TIME:** To be determined by this Court

Dated: October 27, 2020


By: */s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Tel:  404.276.7277
gillespie.tristan@gmail.com

*Attorneys for Plaintiff*

**Plaintiff's Memorandum of Law to Strike Defendant's Reply or in the Alternative for Leave of Court to File a Surreply to Defendant's Reply Attempting to Justify its Motion to Dismiss**

## PRELIMINARY STATEMENT

Plaintiff respectfully submits that Defendant's reply brief raised numerous arguments that contain misstatements and distortion of the facts that mischaracterize the nature of plaintiff's complaint. Accordingly, Plaintiff, by undersigned counsel, respectfully requests that Defendant's Motion to Dismiss be stricken, or alternatively, Plaintiff requests leave to file a surreply to the Defendant's Reply to Plaintiff's Opposition to Motion to Dismiss.

## Argument

Defendant filed their reply on 10/23/2020 in support of the motion to dismiss. In support of their reply, Defendant cited the following cases for the first time in their reply brief:

- Am Anti-Vivisection Soc'y v USDA, 946 F3d 615 (DC Cir Jan 10, 2020)
- Friends of Animals v Jewell, 828 F3d 989 (DC Cir 2016)
- Havens Realty Corp v Coleman, 455 US 363 (1982)
- Houston v Marod Supermarkets, Inc, 733 F3d 1323 (11th Cir 2013)
- Jefferson v Stinson Morrison Heckler LLP, 249 F Supp 3d 76, 80 (DDC 2017)
- Kennedy v Nisha, Inc, 2020 US Dist LEXIS 170829, *8 (MD Fla Sept 17, 2020)
- Owner-Operator Indep Drivers Ass'n v United States DOT, 879 F3d 339 (DDC Jan 12, 2018)
- Parks v Richard, 2020 US Dist LEXIS 86790, *4 (MD Fla May 18, 2020)
- Peart v Latham & Watkins LLP, 985 FSupp 2d 72, 79 (DDC 2013)
- PETA v USDA, 797 F3d 1087 (DC Cir 2015)
- PGA Tour v Martin, 532 US 661 (2001)
- Price v City of Ocala, 375 FSupp 3d 1264 (MD Fla April 22, 2019)
- Spokeo, Inc v Robins, 136 S St 1540, 1549 (2016)

Included in their reply were several new arguments which Defendant raised for the first time that could have and should have been raised in their initial motion to dismiss, thereby

allowing the Plaintiff the opportunity to respond. Defendant's untimely introduction of these issues is procedurally improper and unfair to Plaintiff. For example, and confusingly, Defendant's reply includes a lengthy and self-defeating admission as to how unsettled the existing law is with regard to ADA website cases. Defendant includes the following quote in their Reply brief: "ADA website cases are somewhat tricky because courts nationwide are trying to get the square peg of an online injury into the round hold of traditional standing analysis... and there is little authoritative guidance to help district courts." Parks v. Richard, 2020 U.S. Dist. LEXIS 86790, *4 (M.D. Fla. May 18, 2020). Needless to say, any Motion to Dismiss (and supporting Reply brief) must be founded on clear, untricky law based upon authoritative guidance.  Therefore, by Defendant's own arguments, their Motion to Dismiss lacks merit and should, itself, be dismissed. Nonetheless, if this Court should find *arguendo* that Defendant's Reply includes a scintilla of merit, Plaintiff respectfully requests the opportunity to address same via surreply.

## **CONCLUSION**

For the reasons stated herein, Plaintiff respectfully requests entry of an order striking Defendant's Reply. Alternatively, Plaintiff respectfully requests leave to file a surreply in order to correct the Defendant's misstatements.

Dated: October 27, 2020

By: */s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Tel:  404.276.7277
gillespie.tristan@gmail.com

*Attorneys for Plaintiff*